January 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LUC J. MESSIER, Appellant

NO. 14-13-00572-CV                                 V.

KATY SHUK CHI LAU MESSIER, Appellee

_____

This cause, an appeal from the trial court's order in favor of appellee, Katy Shuk Chi Lau Messier, signed March 25, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore **REFORM** the order of the court below as follows: the portions of the trial court's order that purport to clarify the divorce decree and hold Luc breached his fiduciary duty to Katy are vacated, and those causes of action are dismissed; the amount awarded as attorney's fees and costs is modified by subtracting $27,090.76 from the total amount awarded; and the trial court's award of appellate fees is modified to make such fees contingent on Katy's success on appeal and to clarify that payment of the fees is not due and interest on the fees does not begin to accrue until the appellate court issues its judgment. We affirm the remainder of the trial court's order.

We order the trial court's order **AFFIRMED** except as modified in this judgment.

We order each party to pay their own costs incurred in this appeal.

We further order this decision certified below for observance.